**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 1 0 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA )
)
VS. )    CASE NO.: **3:12-CR-025-K (02)**
)
EVERADO GOMEZ )
a.k.a "El Jaracho"

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**EVERADO GOMEZ**,  by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261

(5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of

guilty to **Count One of the Five Count Superseding Indictment** filed on February 23, 2012. After

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   May 10, 2012.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).